UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| WILLIAM D. HAMBY, JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:19-CV-00288 |
| | ) | | REEVES/GUYTON |
| TONY PARKER and LEE ANN SHEPARD, | ) ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying Memorandum and Order filed today, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** without prejudice.

The Court **CERTIFIES**, for the reasons contained in the Memorandum and Order, that any appeal taken from this decision would not be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

*[signature]*
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ John L. Medearis*
CLERK OF COURT